**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Josue David Patin Arevalo

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00396-LMP-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Josue David P. A.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Government is **ORDERED** to return Josue David P. A. to Minnesota no later than January 27, 2026.

   b. No later than 9:00 a.m. CST on January 28, 2026, the Government is **ORDERED** to submit a declaration confirming that Josue David P. A. has been returned to Minnesota.

   c. The Court **DECLARES** that Josue David P. A. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

   d. Once Josue David P. A. returns to Minnesota, the Government is **ORDERED**

to provide Josue David P. A. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 30, 2026.

e. If the Government does not provide Josue David P. A. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.

f. No later than February 2, 2026, the Government is **ORDERED** to provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Josue David P. A.'s release.2

Date: 1/23/2026

KATE M. FOGARTY, CLERK